MICHAEL E. GATES, City Attorney (SBN 258446)
BRIAN L. WILLIAMS, Sr. Trial Counsel (SBN 227948)
JEMMA E. DUNN, Sr. Deputy City Attorney (SBN 258454)
2000 Main Street, P.O. Box 190
Huntington Beach, California 92648
Telephone: (714) 536-5555; Facsimile: (714) 374-1590
Email: Brian.Williams@surfcity-hb.org
Email: Jemma.Dunn@surfcity-hb.org

Eugene P. Ramirez (State Bar No. 134865)
MANNING & KASS
ELLROD, RAMIREZ, TRESTER LLP
801 S. Figueroa St, 15th Floor
Los Angeles, California 90017-3012
Telephone: (213) 624-6900; Facsimile: (213) 624-6999
Email:    epr@manningllp.com

Attorneys for Defendants
CITY OF HUNTINGTON BEACH,
TREVOR JACKSON and CASEY THOMAS

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA

| | |
|---|---|
| ANGELA HERNANDEZ, individually and as a successor in interest to Steven Schiltz, deceased, <br><br> Plaintiff, <br><br> vs. <br><br> CITY OF HUNTINGTON BEACH, and DOES 1-10, inclusive, <br><br> Defendants. | Case No. 8:17-cv-01257 AG (KESx) <br> Hon. District Judge Andrew J. Guilford <br><br> [PROPOSED] JUDGMENT |

///

On July 30, 2018, the Motion for Summary Judgment of Defendants CITY OF HUNTINGTON BEACH, TREVOR JACKSON and CASEY THOMAS came on for hearing before this Court, the Honorable Andrew J. Guilford presiding. The evidence presented having been fully considered, the issues having been duly heard and submitted for decision, this Court issued its Order Granting Defendants' Motion for Summary Judgment on July 30, 2018.

IT IS ORDERED AND ADJUDGED that the Plaintiff ANGELA HERNANDEZ, individually and as a successor in interest to Steven Schiltz, deceased, take nothing, and that Judgment is hereby entered for Defendants CITY OF HUNTINGTON BEACH, TREVOR JACKSON and CASEY THOMAS and against Plaintiff ANGELA HERNANDEZ, individually and as a successor in interest to Steven Schiltz, deceased, and that Defendants CITY OF HUNTINGTON BEACH, TREVOR JACKSON and CASEY THOMAS are the prevailing parties.

DATED: 11/2/18

ANDREW J. GUILFORD
United States District Court Judge