| | |
|---|---|
| | JS-6 |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELA HERNANDEZ, individually and as a successor in interest to Steven Schitz, deceased,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF HUNTINGTON BEACH, TREVOR JACKSON, CASEY THOMAS, and DOES 3-10 inclusive,<br><br>Defendants. | CV 17-01257 PA (KESx)<br><br>JUDGMENT |

Pursuant to the Ninth Circuit's Memorandum Disposition dated December 24, 2019 and Mandate dated January 15, 2020, which affirmed the District Court's grant of summary judgment in favor of defendants City of Huntington Beach, Trevor Jackson, and Casey Thomas ("Defendants") on the federal claims asserted by plaintiff Angela Hernandez ("Plaintiff"), and this Courts February 5, 2020 Minute Order declining to exercise supplemental jurisdiction over Plaintiff's remaining state law claims against Defendants,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Court declines to exercise supplemental jurisdiction over Plaintiff's remaining state law claims, and those claims are dismissed without prejudice. See U.S.C. § 1367(c)(3).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiff take nothing on her federal claims and that Defendants shall have their costs of suit.

IT IS SO ORDERED.

DATED: February 5, 2020

                                                _____
                                                          Percy Anderson
                                                UNITED STATES DISTRICT JUDGE